

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00086-CV
_____

IN THE MATTER OF D.L.G., JR., A JUVENILE

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 22JV0001-CCL

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Jeff Rambin
Justice

Date Submitted:    March 14, 2023
Date Decided:      March 15, 2023